PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Ahmadi                                              Cr.: 93-CR-00003-002

Name of Sentencing Judicial Officer: John C. Lifland, Sr. U.S.D.J.

Date of Original Sentence: 05/27/93; 08/05/03(Violation of Supervised Release); 05/03/04(Violation of Supervised Release); 05/17/05(Violation of Supervised Release)

Original Offense: Conspiracy to Commit Bank Robbery; Armed Bank Robbery; Unlawful Use of a Firearm

Original Sentence:  One hundred and six (106) months custody; Continued on Supervised Release with the offender to participate in inpatient drug treatment; Eleven (11) months custody, reimposition of three (3) years Supervised Release; Continued on Supervised Release with the offender to participate in and complete the Hogar Crea inpatient drug program.

Type of Supervision: Supervised Release                            Date Supervision Commenced: 08/30/04

Assistant U.S. Attorney: Ronald Wigler                                    Defense Attorney: David Holman

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.' |

The offender failed to follow the instructions of his probation officer as he failed to comply with treatment at the Hogar Crea inpatient drug treatment program and failed to complete the program as evidenced by his leaving the program without the approval of the Court and/or his probation officer on May 31, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Kevin J. Mullens
Senior U.S. Probation Officer
Date:  06/01/05

THE COURT ORDERS:

[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons. Date of Hearing: _____ .
[ ]  No Action
[ ]  Other

_____
Signature of Judicial Officer

_____
6/1/05
Date

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____

AO 442   (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____   District of   _____

UNITED STATES OF AMERICA

V.

JAMES AHMADI

**WARRANT FOR ARREST**

Case Number:   CR 93-03-02

To: The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAMES AHMADI _____
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation      X  Probation Violation Petition

charging him or her          (brief description of offense)

See attached petition

in violation of _____ United States Code, Section(s) _____

John G. Basilone
Name of Issuing Officer

Signature of Issuing Officer

Deputy
Title of Issuing Officer

6/2/05 Newark New Jersey
Date and Location

Bail fixed at $ _____ by _____
                                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |